| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Daniel Srourian, Esq. (SBN 285678)<br>SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd. Suite 1710<br>Los Angeles, CA 90010<br>Telephone: (213) 474-3800<br>Facsimile: (213) 471-4160<br>daniel@slfla.com<br><br>ATTORNEY(S) FOR: Plaintiffs | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.V., S.T., and C.R.T., individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>ALTAMED HEALTH SERVICES CORP.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-09658-MWF-MRW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   L.V., S.T., AND C.R.T.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| L.V. | Plaintiff |
| S.T. | Plaintiff |
| C.R.T. | Plaintiff |
| AltaMed Health Services Corporation | Defendant |

November 16, 2023
Date

/s/ Daniel Srourian
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs