FILED
CLERK, U.S. DISTRICT COURT

February 23, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Creation of the Calendar | ) ) ) | ORDER OF THE CHIEF JUDGE |
| of | ) ) | **24-025** |
| Judge MÓNICA RAMÍREZ ALMADANI | ) ) ) ) | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Michael W. Fitzgerald to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:21-cv-06904-MWF-PDx | Armen Mard v. Tmobile, USA, Inc. et al. |
| 2:22-cv-02590-MWF-KESx | Enzo Escalante v. Alejandro Villanueva et al. |
| 2:22-cv-06236-MWF-KSx | O.C. Multispecialty Surgery Center v. Aetna Life Insurance Co. et al. |
| 2:23-cv-03747-MWF-AJRx | Miguel Marin v. AT and T Mobility Services LLC et al. |
| 2:23-cv-05619-MWF-MRWx | SDI Labs, Inc. v. Sameday Technologies, Inc. et al. |
| 2:23-cv-06025-MWF-PVCs | Claudia Giron v. Prism Hospitality LP et al. |
| 2:23-cv-08141-MWF-PVCx | Jesunita Agasang et al. v. Jaguar Land Rover North America, LLC |
| 2:23-cv-09607-MWF-JCx | Stephanie Woods v. Boundless Network Inc. et al. |
| 2:23-cv-09658-MWF-MRWx | L. V. et al. v. AltaMed Health Service Corporation |
| 2:23-cv-10520-MWF-KSx | University of Southern California et al. v. Health Plan of Nevada Inc. et al. |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                    2

| | |
|---|---|
| 2:24-cv-00171-MWF-JCx | Cien Liang v. David M. Radel |
| 5:21-cv-00674-MWF-SHK | Andre Trevone Harris v. Warren L. Montgomery |
| 5:23-cv-01762-MWF-MARx | Phadarius Taylor v. Heartland Resolutions Group |
| 8:23-cv-01063-MWF-DTB | Kyle Patrick Ryan v. Warden |

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024

_____
Chief Judge Philip S. Gutierrez